# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0646. MARCO JILES v. THE STATE.**

In 2004, Marco Jiles was convicted of armed robbery and aggravated assault, and this Court affirmed his convictions. *Jiles v. State*, Case No. A09A1511 (July 17, 2009). Several years later, this Court dismissed Jiles's application for discretionary appeal of the dismissal of his 2016 motion to vacate a void judgment. *Jiles v. State*, Case No. A17D0318 (March 14, 2017). In December 2019, Jiles filed another motion seeking to vacate his sentence, arguing that the trial court should have sentenced him to the mandatory minimum or less. The trial court dismissed the motion on February 28, 2020. Jiles filed both an application for discretionary appeal and a notice of direct appeal from that ruling. This Court denied the application for discretionary appeal. See Case No. A20D0353 (denied April 16, 2020). We, therefore, lack jurisdiction over this direct appeal.

Our denial of Jiles's discretionary application constituted a decision on the merits. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review.") (punctuation omitted). Thus, the doctrine of res judicata bars this direct appeal from the same order. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). This direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>  04/26/2021        </u>

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>     </u>*, Clerk.* <u>Stephen E. Castlen        </u>